IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BARBARA J. TINDLE,

      Appellant,

v.

DONNIE CHILDREE AND
UNKNOWN TENANTS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3512

Opinion filed February 6, 2015.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Joseph Silva, Jr., and William H. McLean of Silva Law Group, P.A., Panama City, for Appellant.

Roland W. Kiehn and Jeffrey S. Carter of Barron & Redding, P.A., Panama City, for Appellees.

PER CURIAM.

      AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.